# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDOZ INC. : | |
| : | |
| v.  : | CIVIL ACTION NO. 20-3538 |
| : | |
| LANNETT COMPANY, INC. : | |

## ORDER

This 28th day of December 2020, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 41, is **GRANTED in part and DENIED in part** as follows:

1. Defendant's motion to dismiss Count II is **GRANTED**, and this claim is dismissed.

2. In all other respects the Motion is **DENIED.**

                                                        /s/ Gerald Austin McHugh
                                                        United States District Judge