**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDOZ INC.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-3538** |
| | : | |
| **LANNETT COMPANY, INC.** | : | |

## ORDER

This 17th day of June, 2021, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Sandoz's Motion to Dismiss, ECF 63, is **DENIED**.

                                                          /s/ Gerald Austin McHugh
                                                    United States District Judge