IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDOZ INC. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-3538 |
| | : | |
| LANNETT COMPANY, INC. | : | |

## ORDER

This 16th day of July, 2021, it is hereby **ORDERED** that:

1. Lannett's Motion to Compel, ECF 72, is **GRANTED in part and DENIED in part** as follows. Plaintiff Sandoz, Inc. is ordered to produce all documents responsive to Lannett's Request for Production #17, including, but not limited to, pleadings, briefs, document productions, expert reports, and other discovery material that were or will be submitted, produced, or otherwise tendered by Sandoz to the Arbitrator. This order does not extend to documents that were or will be produced solely in connection with Cediprof's counterclaims. Depositions and expert reports will also be governed by this Order once they are produced and exchanged between the parties to the arbitration.

2. Fact discovery is **CLOSED**, except for unresolved issues that require resolution through motions to compel.

3. Deadlines set forth in the most recent Case Management Order regarding the exchange of expert reports and dispositive motions are **STAYED** until the completion of the arbitration.

    /s/ Gerald Austin McHugh
United States District Judge