# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDOZ INC. : | |
| : | |
| v.  : | CIVIL ACTION NO. 20-3538 |
| : | |
| LANNETT COMPANY, INC. : | |

## ORDER

This 12th day of October 2021, for reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that that Plaintiff's Motion to Modify the Protective Order is **GRANTED.** Paragraph 16 of the Stipulated Confidentiality Agreement and Protective Order, ECF 46, shall be amended to read as follows:

16. Recipients of Protected Discovery Material under this Order may use such material solely for the prosecution and defense of this Action and any appeals thereto, and not for any business, commercial, or competitive purpose or in any other litigation proceeding, except that, subject to rulings of the Arbitrator, the transcripts and exhibits of the testimony of Robyn Worrall, Michael Block, and John Abt taken at any time in the Action may be used in the Arbitration pending between Sandoz Inc. and CEDIPROF, Inc., in Sandoz Inc. v. Cediprof, Inc., AAA Case No. 01-20-0010-0588 (New York, New York), provided, however, that any such material shall be designated "Highly Confidential – Outside Counsel's Eyes Only" under the equivalent protective order in that proceeding. No person who examines any information protected by this Protective Order shall disseminate orally, or by any other means, any protected information other than as permitted by this Order. Nothing contained in this Order, however, will affect or restrict the rights of any Party with respect to its own documents or information produced in this Action or to documents publicly filed.

    /s/ Gerald Austin McHugh
    United States District Judge