IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDOZ INC. | : |
| | : |
| v. | :  CIVIL ACTION NO. 20-3538 |
| | : |
| LANNETT COMPANY, INC. | : |

**ORDER**

This 4th day of November, 2021, following *in camera* review of documents, it is hereby **ORDERED** that Plaintiff Sandoz's Motion to Compel (ECF 95) is **GRANTED in part and DENIED in part** as follows:

1. Lannett shall produce the following documents, subject to any conditions set forth in the accompanying memorandum: Nos. **19, 46, 95, 143, 204, 212, 234, 235, 341, 458, 462-63, 486, 488, 512, 515-519, 523, 618, 645, 649, 699, 729, 730, 770, 771, 778, 787, 796, 804, 813-815, 819, 820, 829, 911, 962.**

2. Lannett shall not be required to produce the following documents: Nos. **3, 297, 357, 456, 459-461, 503-508, 588, 622, 626, 824, 826, 877**. These documents are protected either by the attorney-client privilege or by the common interest privilege.

    /s/ Gerald Austin McHugh
United States District Judge