IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDOZ INC. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-3538 |
| | : | |
| LANNETT COMPANY, INC. | : | |

**ORDER**

This 10th day of December, 2021, for the reasons that follow, it is hereby **ORDERED** that Lannett's Motion for Reconsideration, ECF 113, is **DENIED.** Following receipt of Lannett's Motion for Reconsideration, the Court requested a more legible copy of the document at issue, Document 46. With the additional clarity provided by a fully readable version of the document, it appears that the Court's original characterization of the document may have been less than fully accurate. Nonetheless, upon further review of the entire document in context, Lannett has not met its burden of establishing that this communication was forwarding legal advice. On that basis, the Motion for Reconsideration is denied.

    /s/ Gerald Austin McHugh
United States District Judge